IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THOMAS E. CLARDY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 3:19-cv-01098 |
| | ) Judge Aleta A. Trauger |
| ZAC POUNDS, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the petitioner's Motion for Reconsideration of Order Granting Stay of Judgment Pending Appeal (Doc. No. 43) is **DENIED**, but his Motion for release Pending Appeal under Rule 23(c) of the Federal Rules of Appellate Procedure (Doc. No. 41) is **GRANTED**, subject to appropriate conditions of release.

A hearing to establish such conditions of release is hereby set for **September 28, 2023 at 10:30 a.m.**

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge