**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **THOMAS E. CLARDY,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **No. 3:19-cv-01098** |
| **v.** | ) | **Judge Aleta A. Trauger** |
| | ) | |
| **ZAC POUNDS,** | ) | |
| | ) | |
| **Respondent.** | ) | |

---

### MOTION TO REVOKE ORDER RELEASING PETITIONER PENDING APPEAL

Comes now Respondent, by and through undersigned counsel, pursuant to Fed. R. App. P. 23, and respectfully moves this Court to revoke Petitioner's release pending appeal. In support of this motion, Respondent relies upon the contemporaneously filed memorandum of law. For the reasons provided in the memorandum of law, this Court should grant Respondent's motion.

Pursuant to Local Rule 7.01(a)(1), counsel for Respondent has conferred with counsel for Petitioner, Jessica Van Dyke and Scott Gallisdorfer, regarding this motion. Counsel for Respondent certifies that Mr. Gallisdorfer has advised that Mr. Clardy plans to oppose this motion.

1

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Richard D. Douglas*
Richard D. Douglas
Senior Assistant Attorney General
Criminal Appeals Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-4125
Fax: (615) 532-4892
Email: Davey.douglas@ag.tn.gov
Tenn. B.P.R. No. 032076

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion was filed electronically on January 31, 2025. A true and correct copy of that filing will be forwarded on the same day via this Court's PACER/ECF system to Petitioner's counsel, Jason Gichner, Jessica M. Van Dyke, and Scott Davis Gallisdorfer, at the following email addresses: jason@tninnocenc.org, jessica@tninnocenc.org, and scott.gallisdorfer@bassberry.com.

/s/ Richard D. Douglas_____
Richard D. Douglas
Senior Assistant Attorney General