**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

THOMAS E. CLARDY

             Petitioner,

    v.

ZAC POUNDS, WARDEN

             Respondent.

Case No. 3:19-cv-1098

Judge Trauger

Magistrate Judge Frensley

## PETITIONER'S NOTICE OF INTENT
## TO FILE RESPONSE IN OPPOSITION TO MOTION

Petitioner Thomas Clardy hereby provides notice to the Court that he intends to file a response in opposition to Respondent's Motion to Revoke Order Releasing Petitioner Pending Appeal (ECF No. 63) (the "Motion"). Pursuant to Local Rule 7.01(a)(3), Mr. Clardy's response to the Motion is due on or before February 14, 2025. Mr. Clardy does not intend to seek an extension and will file his response no later than that date.

Given the irreparable harm Mr. Clardy would suffer from being prematurely recommitted to state custody, and given the significant legal issues implicated by the Motion, which include substantial questions about this Court's jurisdiction and legal authority to even grant the relief Respondent requests, Mr. Clardy submits that the Court would benefit from thorough briefing by both parties before resolving the Motion. Mr. Clardy therefore respectfully requests that the Court await the filing of Mr. Clardy's forthcoming response in opposition before ruling on the Motion.

1

Respectfully submitted,

*/s/ Scott D. Gallisdorfer*

Scott D. Gallisdorfer (#036014)
**BASS, BERRY & SIMS PLC**
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
Telephone: (615) 742-7926
scott.gallisdorfer@bassberry.com

Jessica M. Van Dyke (#030385)
Jason M. Gichner (#022100)
**THE TENNESSEE INNOCENCE PROJECT**
700 Craighead Street, Suite 300
Nashville, Tennessee 37204
Telephone: (615) 581-7230
jessica@tninnocence.org
jason@tninnocence.org

*Attorneys for Petitioner Thomas E. Clardy*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January, 2025, I electronically filed the above document with the Clerk of Court via the Court's CM/ECF electronic filing system, which will send a notice of electronic filing to the following counsel:

Richard D. Douglas
Nicholas S. Bolduc
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
davey.douglas@ag.tn.gov
nicholas.bolduc@ag.tn.gov

/s/ *Scott D. Gallisdorfer*
*Attorney for Petitioner*

3